IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH PRICE,  )<br>  )<br>Plaintiff, )<br>  )<br>-vs- )<br>  )<br>Chief EAVES, Commander PATTERSON, )<br>Sgt. NEVERS – Star No. 561, Commander )<br>ASKEW, Officer STUART – Star No. 903, )<br>Officer TIRAN [sic] –Star No. 936, all )<br>employees and/or Officers of the City of )<br>Harvey Illinois Police Department; ERIC )<br>KELLOGG – Mayor of Harvey Illinois, )<br>ALDERMAN CRUDUP of Harvey Illinois, )<br>MAURICE CALLAWAY, TYRONE RODGERS, )<br>SEAN PATTERSON, and KEVIN PUGH, )<br>  )<br>Defendants. ) | No. 09 cv 7252<br><br>(jury demand) |

**COMPLAINT**

Plaintiff KEITH PRICE, by and through his attorney BRIAN R. PORTER, Complains of the above-captioned Defendants as follows:

*JURISDICTION AND PARTIES:*

1. This is a civil action arising under 42 U.S.C. § 1983. The jurisdiction of this Court is conferred by 28 U.S.C. § 1343.

2. Plaintiff KEITH PRICE is a resident of the Northern District of Illinois, and is an elected public official serving his second term as a Commissioner on the Board of the Harvey Park District and the current President of said Board.

3. That at all times complained-of herein, defendant Chief EAVES was employed by the Harvey Illinois Police Department, and is sued in his individual capacity.

1

4.  That at all times complained-of herein, defendant Commander PATTERSON was employed by the Harvey Illinois Police Department, and is sued in his individual capacity.

5.  That at all times complained-of herein, defendant Sgt. NEVERS – Star No. 561 was employed by the Harvey Illinois Police Department, and is sued in his individual capacity.

6.  That at all times complained-of herein, defendant Commander ASKEW was employed by the Harvey Illinois Police Department, and is sued in his individual capacity.

7.  The precise identification of defendant Officer STUART – Star No. 561 was employed by the Harvey Illinois Police Department, and is sued in his individual capacity.

8.  The precise identification of defendant Officer TIRAN [sic] - Star No. 903, is still being researched, and this Complaint will be amended accordingly upon the conclusion of said research. Said defendant, however, was employed by the Harvey Illinois Police Department at all times complained-of herein, and is sued in his individual capacity.

9.  Defendant ERIC KELLOGG is the Mayor of the city of Harvey, Illinois, and is sued in his individual capacity.

10. Defendant CRUDUP is an Alderman in the city of Harvey, Illinois, and is sued in his individual capacity.

11. Defendant MAURICE CALLAWAY is engaged in an ongoing apparent agency relationship with the city of Harvey, Illinois, and is sued in his individual capacity.

12.     Defendant TYRONE RODGERS is engaged in an ongoing apparent agency relationship with the city of Harvey, Illinois, and is sued in his individual capacity.

13.     Defendant SEAN PATTERSON is engaged in an ongoing apparent agency relationship with the city of Harvey, Illinois, and is sued in his individual capacity.

14.     Defendant KEVIN PUGH is engaged in an ongoing apparent agency relationship with the city of Harvey, Illinois, and is sued in his individual capacity.

*FACT, NOTICE, AND OCCURRENCE PLEADINGS:*

15.     That on June 15, 2008, Harvey Park District Commissioner, Plaintiff KEITH PRICE attended a "father's day" picnic at a public park ("Cooper Park") in Harvey.

16.     That defendant SEAN PATTERSON initiated a verbal dispute with Commissioner PRICE, and assaulted him by attempting to hit said plaintiff with a baseball bat and verbally threatening him with imminent physical harm (Commissioner PRICE was actually battered at said time by defendant SEAN PATTERSON'S mother).

17.     That defendants Commander PATTERSON and Chief EAVES witnessed said assault.

18.     That later on said evening of June 15, 2008, plaintiff PRICE went to the Harvey Police Station and filed an "incident report" complaint against defendant SEAN PATTERSON as a direct result of his apprehension from the aforementioned assault.

19.     That at said time and place, defendant Officer TIRAN [sic] – Star No. 936 accepted and signed said "incident report" complaint.

20.     That several hours after plaintiff PRICE filed his incident report, defendant SEAN PATTERSON appeared at the Harvey Police Station and filed a cross complaint against plaintiff and effected a summons to Cook County Circuit Court in Markham Illinois

requiring plaintiff PRICE to appear in Court and defend himself. The Cook County Circuit Court dismissed the complaint against plaintiff PRICE.

21. That on March 9, 2009, defendant PUGH initiated a dispute with Commissioner PRICE at Harvey City Hall over the validity of ballot petitions for the approaching April 2009 elections. Defendant PUGH assaulted plaintiff by threatening imminent physical harm to plaintiff PRICE, stating "I am going to get you touched" which was known slang for physically harmed. Defendant PUGH was eventually escorted out of City Hall as a result of his threatening behavior.

22. That later on said evening of March 9, 2009, plaintiff PRICE went to the Harvey Police Station and filed an "incident report" complaint against defendant KEVIN PUGH as a direct result of his apprehension from the aforementioned assault.

23. That at said time and place, defendant Officer STUART – Star No. 903 [sic] accepted and signed said "incident report" complaint along with Commander NEVERS – Star No. 561, as the approving supervisor.

24. That several hours after plaintiff PRICE filed his incident report, defendant KEVIN PUGH appeared at the Harvey Police Station and filed a cross complaint against plaintiff and effected a summons to Cook County Circuit Court in Markham Illinois requiring plaintiff PRICE to appear in Court and defend himself. The Cook County Circuit Court dismissed the complaint against plaintiff PRICE.

25. That throughout 2008 and 2009, defendants KELLOGG, CRUDUP, CALLAWAY, RODGERS, EAVES, Commissioner PATTERSON, NEVERS, STUART, ASKEW and TIRAN were all opposed to the re-election of Commissioner PRICE in the April 2009 election, and all colluded and conspired to deny plaintiff of his Constitutional civil rights,

and his equal protection under the U.S. Constitution by encouraging and allowing the filing of the aforementioned meritless cross criminal complaints from defendants SEAN PATTERSON and KEVIN PUGH when the Harvey Police Department had a custom and policy against said process; as well as failing to arrest defendants SEAN PATTERSON and KEVIN PUGH when they appeared at the Harvey Police Station after an elected official had sworn out criminal complaints against them.

26. That the aforesaid orchestrated process in concert by each named defendant constituted state action, and failed to extend equal protection under the law to Commissioner PRICE in violation of the Equal Protection Clause of U.S. Constitution made applicable to plaintiff under the 5th and 14th Amendments.

27. That as a result of said Constitutional violations, plaintiff PRICE incurred the expense of defending himself twice on meritless charges, as well as, suffered irreparable and incalculable injury to his reputation as an elected official.

28. Plaintiff PRICE hereby demands trial by jury.

WHEREFORE plaintiff prays for judgment against the named defendants jointly and severally, and an award in excess of seventy-five thousand dollars ($75,000.00) as compensatory damages, and an amount in excess of one hundred thousand dollars ($100,000.00) as punitive damages, as well as, any and all applicable fees and costs.

_____
Brian R. Porter
P.O. Box 8527
Chicago, Illinois 60680-8527
(773) 209-6890 phone
brplaw@aol.com email
Attorney for Plaintiff